# Exhibit 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jan 16 02:22:46 EST 2017

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Please logout when you are done to release system resources allocated for you.

List At:        OR        to record:        **Record 3 out of 3**

TSDR | ASSIGN Status | TTAB Status    ( Use the "Back" button of the Internet Browser to return to TESS)

# Seeking Arrangement

| | |
|---|---|
| **Word Mark** | SEEKING ARRANGEMENT |
| **Goods and Services** | IC 045. US 100 101. G & S: Matchmaking services; Social introduction agencies; Computer dating services. FIRST USE: 20050730. FIRST USE IN COMMERCE: 20060801 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77191867 |
| **Filing Date** | May 29, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 20, 2007 |
| **Registration Number** | 3377772 |
| **Registration Date** | February 5, 2008 |
| **Owner** | (REGISTRANT) InfoStream Group Inc. CORPORATION NEVADA 6785 S. Eastern Ave. Suite 1 6785 S. Eastern Ave. Suite 1 Las Vegas NEVADA 89119 |
| | (LAST LISTED OWNER) CLOVER8 INVESTMENTS PTE. LTD.. PRIVATE LIMITED CORPORATION SINGAPORE 71 CLOVER CRESCENT SINGAPORE SINGAPORE 579232 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | |

| | |
|---|---|
| **Record** | Michael N. Cohen |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARRANGEMENT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**