**SMITH CORRELL, LLP**
MARK SMITH – California SBN 213829
  msmith@correllsmith.com
JACOB FONNESBECK – California SBN 304954
  jfonnesbeck@smithcorrell.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax:  (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARIA DEL MAR MARTINEZ SANCHEZ, an individual, FDS SOLUTIONS LIMITED d/b/a fndrtsmt.com, a United Kingdom company; and Does 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-491<br><br>**NOTICE OF INTERESTED PARTIES** |

　　　Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for Plaintiff Reflex Media, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

　　　List of parties: (1) Reflex Media, Inc., (2) W8Tech.com Limited, (3) Clover8 Investments PTE. LTD.

　　　//

　　　//

{00016298 1}

1  Dated: January 20, 2017             **SMITH CORRELL, LLP.**

2                                       By:  /s/ Mark L. Smith
3                                            Mark L. Smith
                                             Attorneys for Plaintiff Reflex Media, Inc.

{00016298 1}

2
**NOTICE OF INTERESTED PARTIES**