GRODSKY & OLECKI LLP
Allen B. Grodsky (SBN 111064)
*allen@grodsky-olecki.com*
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants
Maria Del Mar Martinez Sanchez and
FDS Solutions Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>MARIA DEL MAR MARTINEZ SANCHEZ, an individual, FDS SOLUTIONS LIMITED d/b/a fndrtsmt.com, a United Kingdom company; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-491 FMO (JPRx)<br><br>Assigned For All Purposes To Fernando M. Olguin<br><br>**ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendants Maria Del Mar Martinez Sanchez and FDS Solutions Limited (collectively "Defendants"), in answer to the Complaint on file herein, admit, deny, and allege as follows:

1. Defendants deny the allegations of Paragraph 1 of the Complaint.

2. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 2 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

3. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 3 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

4. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 4 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

5. Defendants admit that Defendant FDS Solutions, Ltd. owns and operates the websites ‹findyourtruesoulmate.com› and ‹fndrtsmt.com›. In further answer to Paragraph 5 of the Complaint, Defendants deny the other allegations contained therein.

6. Defendants deny the allegations of Paragraph 6 of the Complaint.

7. Defendants admit the allegation of Paragraph 7 of the Complaint that Plaintiffs have chosen to identify the e-mails that are the subject of the Complaint as "Defendants' 'Phishing Emails" but expressly deny that Defendants originated, disseminated, caused to be disseminated, or had any knowledge of these e-mails.

8. Defendants deny that they originated, disseminated, caused to be disseminated, or had any knowledge of the e-mails that are the subject of Plaintiffs' Complaint. Defendants lack information or belief sufficient to enable them to respond to the other allegations of Paragraph 8 of the Complaint and, basing their denial on said grounds, deny the other allegations contained therein.

9. Defendants deny that they originated, disseminated, caused to be disseminated, or had any knowledge of the e-mails that are the subject of Plaintiffs' Complaint. In further answer to Paragraph 9 of the Complaint, Defendants lack information or belief sufficient to enable them to respond to other allegations contained therein, and, basing their denial on said grounds, deny the other allegations contained therein.

10. Defendants deny that they originated, disseminated, caused to be disseminated, or had any knowledge of the e-mails that are the subject of Plaintiffs' Complaint. In further answer to Paragraph 10 of the Complaint, Defendants lack information or belief sufficient to enable them to respond to the other allegations contained therein and, basing their denial on said grounds, deny the other allegations

contained therein.

11. Defendants deny the allegations of Paragraph 11 of the Complaint.

12. Defendants admit that Reflex Media never authorized Defendants to use the SEEKING ARRANGEMENT trademark. In further answer to Paragraph 12 of the Complaint, Defendants deny the other allegations contained therein.

13. Defendants deny that they originated, disseminated, caused to be disseminated, or had any knowledge of the e-mails that are the subject of Plaintiffs' Complaint. In further answer to Paragraph 13 of the Complaint, Defendants lack information or belief sufficient to enable them to respond to the other allegations contained therein and, basing their denial on said grounds, deny the other allegations contained therein.

## PARTIES

14. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 14 of the Complaint and, basing their denial on said grounds, deny the other allegations contained therein.

15. Defendants admit the allegations of Paragraph 15 of the Complaint.

16. Defendants admit the allegations of Paragraph 16 of the Complaint.

17. Defendants admit the allegations of Paragraph 17 of the Complaint.

18. Defendants deny the allegations of Paragraph 18 of the Complaint.

19. Defendants admit that Defendant FDS Solutions, Ltd. owns, maintains, and operates the websites ‹findyourtruesoulmate.com› and ‹fndrtsmt.com›. In further answer to Paragraph 19 of the Complaint, Defendants deny the other allegations contained therein.

20. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 20 of the Complaint and, basing their denial on said grounds, deny the other allegations contained therein.

21. Defendants deny the allegations of Paragraph 21 of the Complaint.

## JURISDICTION AND VENUE

22. Defendants admit that Plaintiff has purported to state claims that arise under 28 U.S.C. §§ 1331 and 1338 and that Plaintiff has purported to state a claim of unfair competition related to the claim it asserts under the trademark laws. In further answer to Paragraph 22 of the Complaint, Defendants deny the other allegations contained therein.

23. Defendants admit the allegations of Paragraph 23 of the Complaint.

24. Defendants admit that the matter in controversy is between a citizen of a State, on the one hand, and citizens or subjects of a foreign state, on the other hand. In further answer to Paragraph 24 of the Complaint, Defendants lack information or belief sufficient to enable them to respond to the other allegations contained therein and, basing their denial on said grounds, deny the other allegations contained therein.

25. Defendants deny the allegations of Paragraph 25 of the Complaint.

26. Defendants deny the allegations of Paragraph 26 of the Complaint.

27. Defendants lack information or belief sufficient to enable them to respond to the allegation relating to Plaintiffs' beliefs, and basing its denial on said grounds, denies that allegation. In further answer to Paragraph 27 of the Complaint, Defendants deny the other allegations contained therein.

## GENERAL ALLEGATIONS

28. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 28 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

29. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 29 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

30. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 30 of the Complaint and, basing their denial

on said grounds, deny the allegations contained therein.

31.     Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 31 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

32.     Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 32 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

33.     Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 33 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

34.     Defendants deny the allegations of Paragraph 34 of the Complaint.

35.     Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 35 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

36.     Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 36 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

37.     Defendants admit the allegations of Paragraph 37 of the Complaint.

38.     Defendants deny the allegations of Paragraph 38 of the Complaint.

39.     Defendants deny the allegations of Paragraph 39 of the Complaint.

40.     Defendants deny the allegations of Paragraph 40 of the Complaint.

41.     Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 41 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

**FIRST CAUSE OF ACTION**

42.     Defendants refer to and incorporate every allegation, admission, and denial set forth in the foregoing paragraphs.

43.    Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 43 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

44.    Defendants deny the allegations of Paragraph 44 of the Complaint.

45.    Defendants deny the allegations of Paragraph 45 of the Complaint.

46.    Defendants deny the allegations of Paragraph 46 of the Complaint.

47.    Defendants deny the allegations of Paragraph 47 of the Complaint.

48.    Defendants deny the allegations of Paragraph 48 of the Complaint.

## SECOND CAUSE OF ACTION

49.    Defendants refer to and incorporate every allegation, admission, and denial set forth in the foregoing paragraphs.

50.    Defendants deny the allegations of Paragraph 50 of the Complaint.

51.    Defendants deny the allegations of Paragraph 51 of the Complaint.

52.    Defendants deny that they originated, disseminated, caused to be disseminated, or had any knowledge of the e-mails that are the subject of Plaintiffs' Complaint. In further answer to Paragraph 52 of the Complaint, Defendants lack information or belief sufficient to enable them to respond to other allegations contained therein, and, basing their denial on said grounds, deny the other allegations contained therein.

53.    Defendants deny that they originated, disseminated, caused to be disseminated, or had any knowledge of the e-mails that are the subject of Plaintiffs' Complaint and further deny that the websites of FDS Solutions, Ltd. are infringing. In further answer to Paragraph 53 of the Complaint, Defendants lack information or belief sufficient to enable them to respond to other allegations contained therein, and, basing their denial on said grounds, deny the other allegations contained therein.

54.    Defendants deny the allegations of Paragraph 54 of the Complaint.

55.    Defendants deny the allegations of Paragraph 55 of the Complaint.

56. Defendants deny the allegations of Paragraph 56 of the Complaint.

57. Defendants deny the allegations of Paragraph 57 of the Complaint.

## THIRD CAUSE OF ACTION

58. Defendants refer to and incorporate every allegation, admission, and denial set forth in the foregoing paragraphs.

59. Defendants deny the allegations of Paragraph 59 of the Complaint.

60. Defendants deny the allegations of Paragraph 60 of the Complaint.

## FOURTH CAUSE OF ACTION

61. Defendants refer to and incorporate every allegation, admission, and denial set forth in the foregoing paragraphs.

62. Defendants lack information or belief sufficient to enable them to respond to the allegations of Paragraph 62 of the Complaint and, basing their denial on said grounds, deny the allegations contained therein.

63. Defendants deny the allegations of Paragraph 63 of the Complaint.

64. Defendants deny the allegations of Paragraph 64 of the Complaint.

65. Defendants deny the allegations of Paragraph 65 of the Complaint.

66. Defendants deny the allegations of Paragraph 66 of the Complaint.

67. Defendants deny the allegations of Paragraph 67 of the Complaint.

As and for their affirmative defenses, Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE

1. The Complaint, and each and every purported claim for relief therein, fails to state valid claims for relief against Defendants.

## SECOND AFFIRMATIVE DEFENSE

2. The Complaint, and each and every purported claim for relief therein, is

barred by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

3. The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

4. To the extent Defendants engaged in any of the acts complained of, such acts were excused, justified, and/or privileged.

### FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff has failed to mitigate its losses or damages, if any. Therefore, the damages, if any, should be barred or reduced by the amount of such damages that Plaintiff could have avoided.

### SIXTH AFFIRMATIVE DEFENSE

6. The Complaint, as well as each and every purported claim for relief therein, is barred by the applicable statutes of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

7. The Complaint, as well as each and every purported claim for relief therein, is barred by the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE

8. Plaintiff is barred from recovering on the Complaint, and each and every purported claim for relief therein, because Plaintiff's damages, if any, were sustained as a direct and proximate result of the intervening and superseding acts and/or omissions of persons or entities, other than the Defendants, who were outside the

control of the Defendants.

### NINTH AFFIRMATIVE DEFENSE

9. Plaintiff's claims are barred by the doctrine of unclean hands.

WHEREFORE, Defendants pray for judgment, as follows.

1. That Plaintiff take nothing by way of his Complaint;
2. That the Complaint, and each and every purported claim for relief set forth therein, be dismissed, with prejudice;
3. For an award of attorney's fees;
4. For the costs of suit incurred herein; and
5. For such other and further relief as this Court may deem just and proper.

Dated: March 3, 2017                    GRODSKY & OLECKI LLP


                                        By:____/Allen B. Grodsky/_____
                                              Allen B. Grodsky

                                        Attorneys for Defendants Maria Del Mar
                                        Martinez Sanchez and FDS Solutions Limited

**DEMAND FOR JURY TRIAL**

Answering Defendants hereby demand trial by jury of this matter.

Dated:  March 7, 2017

GRODSKY & OLECKI LLP
Allen B. Grodsky


By:  ___/ Allen B. Grodsky /___
          Allen B. Grodsky

Attorneys for Defendants
Maria Del Mar Martinez Sanchez and
FDS Solutions Limited