# EXHIBIT 1

| | |
|---|---|
| **From:** | Brandon Wade |
| **To:** | machac9791@yahoo.com |
| **Subject:** | Personal Message From CEO, Seeking Arrangement Brandon Wade |
| **Date:** | Saturday, July 23, 2016 6:08:28 AM |

## THIS IS MUST FOR YOUR SUBSCRIPTION TO AVOID UNWANTED CHARGES AND REPEAT BILLING

Please accept our sincere apologies for the inconvenience you may have experienced on our site. We can guarantee to you that we will try and do our best to help you to do as your request, however your cooperation is needed. Because of secrecy of our valued member, we can only access your account once it is already confirmed and validated.

Confirm your account to help us verify your account details so that sort out all of your information to stop having repeat charges in your account. All member must have the pass the verification process and get the SA ID card for us to determine that all the information that has given is truly yours.

The instructions include the affiliate site which will track/check that the information you have given on the previous site are all correct including the basic information and so as your card details. All you have to do is put the same details so our system will recognize you as the same person. follow the instructions below.

**Please do pay attention to verify your account. Thank you!**

## CLICK HERE BELOW

## VERIFY YOUR ACCOUNT

***Brandon Wade***
*Founder & CEO, SeekingArrangement.com*