# EXHIBIT 2

# FREE VERIFICATION PROCESS

Fill this form out for quick access:

| | |
|---|---|
| **Create A Username:** | Username |
| **Choose A Password:** | Password |
| **Email:** | Email |

**NEXT**

Plaintiff 000015