**SMITH CORRELL, LLP**
MARK L. SMITH – California SBN 213829
msmith@smithcorrell.com
JACOB L. FONNESBECK – California SBN 304954
jfonnesbeck@smithcorrell.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910

ATTORNEYS FOR REFLEX MEDIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., *et al.* <br><br> Plaintiff, <br><br> vs. <br><br> MARIA DEL MAR MARTINEZ SANCHEZ, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-00491 (FMO) JPR <br><br> **REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS MARIA DEL MAR MARTINEZ and FDS SOLUTIONS LIMITED** <br><br> Hon. Fernando M. Olguin |

**PROPOUNDING PARTY:**   REFLEX MEDIA, INC.

**RESPONDING PARTY:**   MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED

**SET:**   ONE

Under and by virtue of Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Reflex Media, Inc., hereby requests that Defendants MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED respond to the following special interrogatories within thirty days from the date indicated on the Certificate of Service attached hereto.

////
////
////

1

REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS
MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED

## DEFINITIONS AND INSTRUCTIONS

1. The term "REFLEX" shall mean Plaintiff Reflex Media, Inc.

2. The terms "DEFENDANTS," "YOU" or "YOUR" shall mean Defendants MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED, unless expressly stated otherwise, and their present and former employees, agents, representatives, attorneys, and any other PERSONS acting on its behalf.

3. The term "SANCHEZ" shall mean Defendant Maria Del Mar Martinez Sanchez.

4. The term "FDS SOLUTIONS" shall mean Defendant FDS SOLUTIONS LIMITED.

5. The term "SEEKING ARRANGEMENT" shall mean www.SeekingArrangement.com.

6. The term "TRADEMARK" shall mean Trademark Registration No. 3,377,772.

7. The term "WEBSITE" or "WEBSITES" shall mean, individually and/or collectively, www.fndrtsmt.com or www.findyourtruesoulmate.com.

8. The term "PERSON" or "PERSONS" shall mean and include natural persons, firms, partnerships, corporations, limited liability companies, joint ventures or any other form of business or legal entity.

9. The term "PHISHING EMAIL" shall mean the email attached as Exhibit 1 to the Complaint.

10. The term "DOCUMENT" shall include without limitation, the original or absent any original, a copy, of intra-office or inter-office memoranda, COMMUNICATIONS, letters, emails, text messages, written materials, reports, records, personal calendars and diaries, minutes, contracts, memoranda or electronic records of telephonic or personal communications, tape recordings, films, negatives, stenographic

2

REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS
MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED

notes, computer-stored data or databases, other data or information compilations from which information can be obtained, and any written, printed, recorded, or tangible matter of any character in the possession custody, or control of YOU or YOUR attorneys, agents, or other PERSONS under YOUR control. It shall also include non-identical copies (whether different from the originals because of any alterations, notes, comments or other material contained therein or attached thereto or otherwise), and drafts of all written, printed, recorded or graphic matter of every kind and description, together with any attachment thereto or enclosure within in any way relating to or referring to or concerning the subject matter of the request, whether inscribed by hand or by mechanical, electronic, microfilm, photographic, or other means, as well as phonic or visual reproductions.

11. The term "COMMUNICATIONS" means every exchange of information of any nature, whether oral or written, from one PERSON to another, and any evidence of such exchange, including, but not limited to, any telephone calls, discussions, conferences, correspondence, memorandum, electronic mail, messages, notes or logs of meetings, diaries, daily calendars, or other records of exchanges between or among any PERSONS.

12. All other terms used herein are to be construed and used as defined as set forth in the Complaint, or if not used or defined therein, such terms shall be given their ordinary usage.

13. Where an individual request calls for an answer or response that involves more than one part, each part of the answer or response shall be clearly set out so that it is understandable.

14. To the extent YOU may lack the knowledge or ability to respond to any request or part thereof completely, state the reason(s) why YOU are unable to answer completely and provide the most complete response to which YOU are capable.

## **SPECIAL INTERROGATORIES**

3

REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS
MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED

**INTERROGATORY NO. 1:**

    Identify when DEFENDANTS acquired the following domains:

- www.findyourtruesoulmate.com
- www.fndrsmt.com

**INTERROGATORY NO. 2:**

    List every home and work address (physical address) used by SANCHEZ for the past five years.

**INTERROGATORY NO. 3:**

    Identify every time DEFENDANTS have been accused of fraudulent billing.

**INTERROGATORY NO. 4:**

    Describe the nature of all products and/or services offered through www.findyourtruesoulmate.com.

**INTERROGATORY NO. 5:**

    Describe the nature of all products and/or services offered through www.fndrsmt.com.

**INTERROGATORY NO. 6:**

    List each website for whom www.fndrsmt.com provides payment processing or payment-related services.

**INTERROGATORY NO. 7:**

    Please describe all information DEFENDANTS possess concerning the use and/or ownership of the following email addresses:

- ceoseekingarrangement@gmail.com;
- seekingmanagementceo@gmail.com

**INTERROGATORY NO. 8:**

    Identify any relationship DEFENDANTS have, or have had, with respect to any of the following companies:

- Handle Marketing Limited

4

REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS
MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED

- Ixion Creations Limited

**INTERROGATORY NO. 9:**

Identify all other websites owned/operated by DEFENDANTS from 2016 to the present.

**INTERROGATORY NO. 10:**

Describe all information DEFENDANTS' possess concerning the origin of the PHISHING EMAIL.

**INTERROGATORY NO. 11:**

Identify any relationship DEFENDANTS have ever had with REFLEX and/or SEEKING ARRANGEMENT.

**INTERROGATORY NO. 12:**

Identify every other online dating website affiliated with DEFENDANTS.

**INTERROGATORY NO. 13:**

Provide a list of every email address that was sent a copy of the PHISHING EMAIL.

**INTERROGATORY NO. 14:**

List the officers and directors of FDS SOLUTIONS from January 1, 2016, to the present.

**INTERROGATORY NO. 15:**

Identify whether SANCHEZ has ever been a member of SEEKING ARRANGEMENT, and if so, the email address(es) given when joining the website.

**INTERROGATORY NO. 16:**

Identify all email addresses used by SANCHEZ between January 1, 2016, and the present and the purpose(s) of each email address (business, personal, etc.)

**INTERROGATORY NO. 17:**

Identify any relationship DEFENDANTS have, or have had, with respect to any of the following websites:

- www.campleasures.com

5

REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS
MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED

- www.joincheckout.com
- www.localsexfriends.com
- www.safedatingcafe.com
- www.oversinglelife.com
- www.uberhorny.com
- www.LSTFL.com
- www.SFEGAF.com
- www.VESGFE.com

**INTERROGATORY NO. 18:**

Identify the date(s) each WEBSITE was launched.

**INTERROGATORY NO. 19:**

Identify the circumstances through which DEFENDANTS first because aware of each of REFLEX, SEEKING ARRANGEMENT, and/or the TRADEMARK.

**INTERROGATORY NO. 20:**

Identify every PERSON known to DEFENDANTS to be, at any time, a member of SEEKING ARRANGEMENT.

**INTERROGATORY NO. 21:**

Identify every Internet domain name owned by DEFENDANTS from January 1, 2016, to the present.

**INTERROGATORY NO. 22:**

For all responses to REFLEX'S Requests for Admission that are not an unqualified admission, state all facts supporting YOUR response.

DATED: July 12, 2017 /s/ Mark L. Smith
Mark L. Smith
*Counsel for Reflex Media, Inc.*

6

REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS
MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS MARIA DEL MAR MARTINEZ and FDS SOLUTIONS LIMITED** was served on the person(s) identified below on July 12, 2017, via email:

> Allen B. Grodsky
> allen@grodsky-olecki.com
> Grodsky & Olecki LLP
> 2001 Wilshire Boulevard
> Suite 210
> Santa Monica, CA  90403

/s/ Jacob L. Fonnesbeck

7

REFLEX MEDIA'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANTS
MARIA DEL MAR MARTINEZ SANCHEZ and FDS SOLUTIONS LIMITED