1 │ GRODSKY & OLECKI LLP
    Allen B. Grodsky (SBN 111064)
2 │ *allen@grodsky-olecki.com*
    John Metzidis-Drennan (SBN 259464)
3 │ *john@grodsky-olecki.com*
    2001 Wilshire Boulevard, Suite 210
4 │ Santa Monica, California 90403
    Telephone: (310) 315-3009
5 │ Facsimile: (310) 315-1557

6 │ Attorneys for Defendants
    Maria Del Mar Martinez Sanchez and
7 │ FDS Solutions Limited

8 │

9 │                UNITED STATES DISTRICT COURT

10 │              CENTRAL DISTRICT OF CALIFORNIA

11 │

12 │ REFLEX MEDIA, INC., a Nevada          ) Case No.  2:17-cv-00491-FMO (JPRx)
     corporation,                          )
13 │                                       ) Before the Hon. Fernando M. Olguin
                    Plaintiff,             )
14 │          v.                           )
                                           ) **RESPONSES OF DEFENDANTS**
15 │ MARIA DEL MAR MARTINEZ               ) **MARIA DEL MAR MARTINEZ**
     SANCHEZ, an individual, FDS          ) **SANCHEZ AND FDS SOLUTIONS**
16 │ SOLUTIONS LIMITED d/b/a              ) **LIMITED TO FIRST SET OF**
     fndrtsmt.com, a United Kingdom        ) **SPECIAL INTERROGATORIES**
17 │ company; and Does 1-10, inclusive,   )
                                           )
18 │                Defendants.            )
     _____ )

19 │

20 │ PROPOUNDING PARTY:        PLAINTIFF REFLEX MEDIA, INC.

21 │ RESPONDING PARTY:         DEFENDANTS MARIA DEL MAR MARTINEZ
                               SANCHEZ AND FDS SOLUTIONS LIMITED
22 │
23 │ SET NUMBER:               ONE (1)

24 │

25 │

26 │

27 │

28 │

Defendants Maria Del Mar Martinez Sanchez and FDS Solutions Limited ("Responding Parties") submit the following response to the First Set of Special Interrogatories propounded by Plaintiff Reflex Media, Inc., as follows:

## PRELIMINARY STATEMENT

1.    Responding Parties have not fully completed the investigation of the facts relating to the case and have not completed preparation for trial.  Accordingly, all of the responses contained herein are based only upon such information and documents that are currently available to, and specifically known to, Responding Parties.

2.    It is anticipated that further discovery, independent investigation, and legal research and analysis will supply additional facts, add meaning to the known facts, and establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in, and variations from the responses set forth herein.  The following responses are given without prejudice to Responding Parties' right to produce evidence of any subsequently discovered fact or facts that Responding Parties may later recall.

3.    Responding Parties reserve the right to change or supplement any and all responses herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are formed.  The responses contained herein are made in a good faith effort to supply as much factual information as is presently known, but should in no way be to the prejudice of this party in relationship to further discovery, research, or analysis.

4.    Responding Parties further assert their rights under the Hague Convention on Taking of Evidence Abroad in Civil or Commercial Matters, all of which rights are expressly reserved.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.    Responding Parties object to Paragraph 2 of the Definitions and Instructions as vague, ambiguous, overbroad, burdensome, oppressive, and violative of the attorney-client privilege and the attorney work product doctrine.

2.    Responding Parties object to Paragraph 12 of the Definitions and Instructions as vague, ambiguous, and overbroad.

3.    Responding Parties object to Paragraph 14 of the Definitions and Instructions as imposing obligations beyond those required by the Federal Rules of Civil Procedure.

## RESPONSES TO SPECIAL INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify when DEFENDANTS acquired the following domains:

-    www.findyourtruesoulmate.com
-    www.fndrsmt.com

**RESPONSE TO INTERROGATORY NO. 1:**

Responding Parties acquired those domains on October 3, 2014.

**INTERROGATORY NO. 2:**

List every home and work address (physical address) used by SANCHEZ for the past five years.

1  **RESPONSE TO INTERROGATORY NO. 2:**

2      Responding Parties object to Interrogatory No. 2 as overbroad, not calculated to

3  lead to the discovery of relevant and admissible evidence, not proportional to the

4  needs of the case, and violative of the right to privacy.

5

6  **INTERROGATORY NO. 3:**

7      Identify every time DEFENDANTS have been accused of fraudulent billing.

8

9  **RESPONSE TO INTERROGATORY NO. 3:**

10     Responding Parties object to Interrogatory No. 3 as vague, ambiguous,

11  overbroad, not calculated to lead to the discovery of relevant and admissible evidence,

12  not proportional to the needs of the case, and violative of the right to privacy.

13

14  **INTERROGATORY NO. 4:**

15     Describe the nature of all products and/or services offered through

16  www.findyourtruesoulmate.com.

17

18  **RESPONSE TO INTERROGATORY NO. 4:**

19     The domain www.findyourtruesoulmate.com is an online member subscription

20  dating website.

21

22  **INTERROGATORY NO. 5:**

23     Describe the nature of all products and/or services offered through

24  www.fndrsmt.com.

25

26

27

28

**RESPONSE TO INTERROGATORY NO. 5:**

The domain www.fndrsmt.com is the customer service website for www.findyourtruesoulmate.com.

**INTERROGATORY NO. 6:**

List each website for whom www.fndrsmt.com provides payment processing or payment-related services.

**RESPONSE TO INTERROGATORY NO. 6:**

None.

**INTERROGATORY NO. 7:**

Please describe all information DEFENDANTS possess concerning the use and/or ownership of the following email addresses:

-   ceoseekingarrangement@gmail.com
-   seekingmanagementceo@gmail.com

**RESPONSE TO INTERROGATORY NO. 7:**

Responding Parties have no information concerning the use or ownership of the specific email addresses. To the extent "DEFENDANTS" is defined to mean former employees, agents, or attorneys of FDS and Sanchez, Responding Parties have no information as to what information, if any, those persons possess concerning those email addresses.

**INTERROGATORY NO. 8:**

Identify any relationship DEFENDANTS have, or have had, with respect to any of the following companies:

- Handle Marketing Limited
- Ixion Creations Limited

**RESPONSE TO INTERROGATORY NO. 8:**

Responding Parties object to Request No. 8 as vague, ambiguous, overbroad, not calculated to lead to the discovery of relevant and admissible evidence, and violative of the right to privacy.

**INTERROGATORY NO. 9:**

Identify all other websites owned/operated by DEFENDANTS from 2016 to the present.

**RESPONSE TO INTERROGATORY NO. 9:**

Responding Parties object to Request No. 9 as vague, ambiguous, overbroad, not calculated to lead to the discovery of relevant and admissible evidence, not proportional to the needs of the case, and violative of the right to privacy.

**INTERROGATORY NO. 10:**

Describe all information DEFENDANTS' possess concerning the origin of the PHISHING EMAIL.

**RESPONSE TO INTERROGATORY NO. 10:**

Responding Parties have no information concerning the origin of the PHISHING EMAIL. To the extent "DEFENDANTS" is defined to mean former

employees, agents, and attorneys of FDS and Sanchez, Responding Parties have no knowledge of what information, if any, those persons possess regarding the origin of the PHISHING EMAIL.

**INTERROGATORY NO. 11:**

Identify any relationship DEFENDANTS have ever had with REFLEX and/or SEEKING ARRANGEMENT.

**RESPONSE TO INTERROGATORY NO. 11:**

Responding Parties have had no relationship with REFLEX or SEEKING ARRANGEMENT. To the extent "DEFENDANTS" is defined to include former employees, agents, or attorneys of FDS and Sanchez, Responding Parties have no knowledge as to whether such persons have had any relationship with REFLEX or SEEKING ARRANGEMENT.

**INTERROGATORY NO. 12:**

Identify ever other online dating website affiliated with DEFENDANTS.

**RESPONSE TO INTERROGATORY NO. 12:**

Responding Parties object to Interrogatory No. 12 as vague, ambiguous, overbroad, not calculated to lead to the discovery of relevant and admissible evidence, not proportional to the needs of the case, and violative of the right to privacy.

**INTERROGATORY NO. 13:**

Provide a list of every email address that sent a copy of the PHISHING EMAIL.

**RESPONSE TO INTERROGATORY NO. 13:**

Responding Parties object to Interrogatory No. 13 as vague, ambiguous, and unintelligible.

Without waiving the foregoing objections, Responding Parties respond as follows:

Responding Parties have no knowledge of which email addresses sent the PHISHING EMAIL. To the extent "DEFENDANTS" is defined to mean former employees, agents, or attorneys of FDS or Sanchez, Responding Parties have no knowledge of what information, if any, those persons have on this subject.

**INTERROGATORY NO. 14:**

List the officers and directors of FDS SOLUTIONS from January 1, 2016, to the present.

**RESPONSE TO INTERROGATORY NO. 14:**

Maria del Mar Sanchez Martinez.

**INTERROGATORY NO. 15:**

Identify whether SANCHEZ has ever been a member of SEEKING ARRANGEMENT, and if so, the email address(es) given when joining the website.

**RESPONSE TO INTERROGATORY NO. 15:**

SANCHEZ has never been a member of SEEKING ARRANGEMENT.

**INTERROGATORY NO. 16:**

Identify all email addresses used by SANCHEZ between January 1, 2016, and the present and the purpose(s) of each email address (business, personal, etc.)

**RESPONSE TO INTERROGATORY NO. 16:**

msanchez@fdssolutionslimited.com; legal@fdssolutionslimited.com; info@fdssolutionslimited.com

**INTERROGATORY NO. 17:**

Identify any relationship DEFENDANTS have, or have had, with respect to any of the following websites:

- www.campleasures.com
- www.joincheckout.com
- www.localsexfriends.com
- www.safedatingcafe.com
- www.oversinglelife.com
- www.uberhorny.com
- www.LSTFL.com
- www.SFEGAF.com
- www.VESGFE.com

**RESPONSE TO INTERROGATORY NO. 17:**

Responding Parties object to Interrogatory No. 17 as vague, ambiguous, overbroad, not calculated to lead to the discovery of relevant and admissible evidence, not proportional to the needs of the case, and violative of the right to privacy.

**INTERROGATORY NO. 18:**

Identify the date(s) each WEBSITE was launched.

**RESPONSE TO INTERROGATORY NO. 18:**

July 12, 2016.

1  **INTERROGATORY NO. 19:**

2      Identify the circumstances through which DEFENDANTS first because [sic]

3  aware of each of REFLEX, SEEKING ARRANGEMENT, and/or the TRADEMARK.

4

5  **RESPONSE TO INTERROGATORY NO. 19:**

6      Responding Parties became aware when they were served with this lawsuit.  To

7  the extent "DEFENDANTS" is defined to include former employees of FDS and

8  Sanchez, Responding Parties have no knowledge of when (or if) those persons became

9  aware of REFLEX, SEEKING ARRANGEMENT, and/or the TRADEMARK.

10

11 **INTERROGATORY NO. 20:**

12     Identify every PERSON known to DEFENDANTS to be, at any time, a member

13 of SEEKING ARRANGEMENT.

14

15 **RESPONSE TO INTERROGATORY NO. 20:**

16     Responding Parties have no knowledge of any person who is a member of

17 SEEKING ARRANGEMENT.  Responding Parties have no information as to what

18 their former employees, agents, or attorneys know about who is such a member.

19

20 **INTERROGATORY NO. 21:**

21     Identify every Internet domain name owned by DEFENDANTS from January 1,

22 2016, to the present.

23

24 **RESPONSE TO INTERROGATORY NO. 21:**

25     Responding Parties object to Interrogatory No. 21 as vague, ambiguous,

26 overbroad, not calculated to lead to the discovery of relevant and admissible evidence,

27 not proportional to the needs of the case, and violative of the right to privacy.

28

**INTERROGATORY NO. 22:**

For all responses to REFLEX'S Requests for Admission that are not an unqualified admission, state all facts supporting YOUR response.

**RESPONSE TO INTERROGATORY NO. 22:**

Request For Admission No. 1: Sanchez did not draft or send the PHISHING EMAIL.

Request For Admission No. 2: The PHISHING EMAIL was not prepared at the direction of Sanchez.

Request For Admission No. 3: The PHISHING EMAIL was not sent at the direction of Sanchez.

Request For Admission No. 4: Prior to being served with this lawsuit, Sanchez had no knowledge of the PHISHING EMAIL.

Request For Admission No. 6: Responding Parties have no knowledge of any hyperlink contained in the PHISHING EMAIL.

Request For Admission No. 8: The PHISHING EMAIL was not prepared at the direction of FDS.

Request For Admission No. 9: The PHISHING EMAIL was not sent at the direction of FDS.

Request For Admission No. 10: Responding Parties have no information as to whether they received any benefit from the PHISHING EMAIL.

1   Dated:  August 25, 2017

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GRODSKY & OLECKI LLP
Allen B. Grodsky
John Metzidis-Drennan

By: _____
         Allen B. Grodsky

Attorneys for Defendants
Maria Del Mar Martinez Sanchez and
FDS Solutions Limited

## VERIFICATION

I have read the foregoing **RESPONSES OF DEFENDANTS MARIA DEL MAR MARTINEZ SANCHEZ AND FDS SOLUTIONS LIMITED TO FIRST SET OF SPECIAL INTERROGATORIES** and know its contents.

### CHECK APPLICABLE PARAGRAPH

[X]    I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[x ]    I am ( ) an Officer ( ) a partner (x) a Director of a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.  ( ) I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.  ( ) The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, as to those matters I believe them to be true.

[ ]    I am one of the attorneys for _____, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on August 24, 2017, at ____Watford____, England.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Maria del mar Martinez Sanchez

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

    I am employed in the County of Los Angeles, State of California.  I am over the
age of 18 and not a party to the within action; my business address is 2001 Wilshire

4

Blvd., Suite 210, Santa Monica, California 90403.

5

    On August 25, 2017, I served the following documents described as:

6

**RESPONSES OF DEFENDANTS MARIA DEL MAR MARTINEZ SANCHEZ
AND FDS SOLUTIONS LIMITED TO FIRST SET OF SPECIAL
INTERROGATORIES**   on the parties in this action by serving:

7

8

Mark Smith, Esq.                                 *Counsel for Plaintiff*
Jacob Fonnesbeck, Esq.

9

Smith Correll, LLP
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025

10

FAX: (877) 730-5910
EMAIL:  msmith@smithcorrell.com

11

jfonnesbeck@smithcorrell.com

12

13

**(XX) By Mail:**   By placing a true copy thereof enclosed in sealed envelope addressed
as above.  I am "readily familiar" with this firm's practice of collection and processing

14

correspondence for mailing.  Under that practice it would be deposited with the U.S.
postal service on that same day with postage thereon fully prepaid at Santa Monica,
California in the ordinary course of business.  I am aware that on motion of the party

15

served, service is presumed invalid if postal cancellation date or postage meter date is
more than one day after date of deposit for mailing in affidavit.

16

17

**() By Federal Express:**  I caused the envelope(s) to be delivered to the Federal
Express depository at 2001 Wilshire Blvd., Santa Monica, California 90403, on

18

_____, for delivery on the next-business-day basis to the offices of the
addressee(s).

19

**(XX) By E-Mail:** On this same date, the above-named documents were successfully
delivered via electronic transmission to the email addresses so listed above.

20

21

**()  By Personal Service:**  I caused the above document to be delivered by hand to the
offices of the addressee(s).

22

    Executed on August 25, 2017 at Santa Monica, California.

23

**( X ) FEDERAL**  I declare that I am employed in the office of a member of the bar of

24

this court at whose direction the service was made.

25

26

_____
Maria D. Wilson

27

28